UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JAQUELINE ROXANA MARQUEZ AMAYA, <br> *Petitioner* <br><br> v. <br><br> WARDEN ROSE THOMPSON, ICE FIELD OFFICE DIR MIGUEL VERGARA, ACTING DIRECTOR TODD M. LYONS, SECRETARY KRISTI NOEM, US ATTORNEY GENERAL PAMELA BONDI, <br> *Respondents* | § <br> § <br> § <br> § Case No. SA-25-CA-01587-XR <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § |

### SERVICE ORDER

Before the Court is the 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus filed by Petitioner Jaqueline Roxana Marquez Amaya, who is currently detained in the Karnes County Immigrant Processing Center in Karnes City, Texas, located in the Western District of Texas. ECF No. 1 at 6.

It is hereby **ORDERED** that the District Clerk shall furnish the Office of the United States Attorney in San Antonio, Texas, with copies of the Petition for Writ of Habeas Corpus (ECF No. 1), Motion for a Temporary Restraining Order (ECF No. 3), and this Order. Delivery by certified mail return receipt requested of those same documents shall constitute sufficient service of process on Respondents: Pamela Jo Bondi, U.S. Attorney General; Kristi Lynn Noem, Secretary of Homeland Security; Todd M. Lyons, Acting Director of the U.S. Immigration and Customs Enforcement; and Miguel Vergara, Acting Director of the San Antonio Field Office of U.S. Immigration and Customs Enforcement. See FED. R. CIV. P. 4(i). Service should be directed to

Stephanie Rico, the Civil Process Clerk for the United States Attorney's Office, Western District of Texas, 601 N.W. Loop 410, Suite 600, San Antonio, Texas 78216.

It is **FURTHER ORDERED** that the Clerk of Court shall serve Warden Rose Thompson, Karnes County Immigrant Processing Center, 409 FM 1144, Karnes City, TX 78118, with copies of the Petition for Writ of Habeas Corpus (ECF No. 1), Motion for a Temporary Restraining Order (ECF No. 3), and this Order. Delivery by certified mail, return receipt requested, will constitute sufficient service of process.

It is **FURTHER ORDERED** that Respondents shall file a response to the Petition **within three (3) days** of the date of service. *See* 28 U.S.C. § 2243. Respondents may, in lieu of a response, file a motion requesting additional time of up to 20 days to respond, as provided in 28 U.S.C. § 2243. *See id*. (noting, a return (i.e., a response) demonstrating why the writ should not be issued shall be provided "within three days unless for good cause additional time, not exceeding twenty days, is allowed").

It is **FURTHER ORDERED** that, if Petitioner elects to file a reply, Petitioner may do so no later than seven days after the Respondents file their answers/responses.

It is so **ORDERED**.

**SIGNED** this 1st day of December, 2025.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE